CITY OF BUFFALO, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Submitted June 21, 1897; decided June 25, 1897.)

MOTION for reargument. (See 152 N. Y. 276.)
Motion denied, with costs.

---

URANIA P. WELLING, Respondent, *v.* THE IVOROYD MANUFACTURING COMPANY, Appellant.

Reported below, 15 App. Div. 116.
(Argued June 21, 1897; decided June 25, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 24, 1897, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that the Appellate Division had unanimously decided that there was evidence supporting the findings of fact, and that the record presents no question for review in the Court of Appeals.

*P. Q. Eckerson* for motion.

*J. K. Long,* opposed.

Motion denied, without costs.